IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**DANIEL LEE CINCOSKI, ADC #143538**                          **PLAINTIFF**

v.                     **CASE NO. 2:11CV00241 BSM/HDY**

**DANNY BURL et al.**                                                    **DEFENDANTS**

## ORDER

The proposed findings and recommended partial disposition [Doc. No. 13] submitted by United States Magistrate Judge H. David Young have been reviewed. No objections were filed. After carefully considering this document and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED THAT defendant's motion to dismiss [Doc. No. 9] is DENIED.

DATED this 12th day of April 2012.

                                                           /s/ Brian S. Miller
                                                           UNITED STATES DISTRICT JUDGE