**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

**DANIEL LEE CINCOSKI, ADC #143538**                                              **PLAINTIFF**

v.                          **CASE NO. 2:11CV00241 BSM/HDY**

**DANNY BURL et al.**                                                                  **DEFENDANTS**

**ORDER**

The proposed findings and recommended partial disposition [Doc. No. 20] submitted by United States Magistrate Judge H. David Young have been reviewed. No objections were filed. After carefully considering this document and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED THAT plaintiff's motion for injunctive relief [Doc. No. 12] is DENIED.

DATED this 4th day of May 2012.

_____
UNITED STATES DISTRICT JUDGE